IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENRIQUE MALDONADO, ) | |
| ID # 07094055, ) | |
|     Petitioner, ) | |
| ) | No. 3:09-CV-0252-K |
| vs. ) | |
| ) | |
| LUPE VALDEZ, Sheriff, ) | |
|     Respondent. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections to the Findings and Conclusions of the Magistrate Judge, are **OVERRULED**.

The Court conducted a de novo review of the record, and therefore Petitioner's Motion for De Novo Determination, as contained in his Objections to the Findings and Conclusions of the Magistrate Judge, is **DENIED** as moot.

**SO ORDERED.**

**SIGNED: February 19th, 2009.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE